# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 16, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __8/17/2021__

*By ECF*

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Jose Urena Garcia*, 21 Cr. 383 (ER)

Dear Judge Ramos:

I write on consent (Assistant U.S. Attorney Micah Ferguson) to respectfully request that the Court adjourn sentencing in this matter, currently scheduled for September 9, 2021, for a period of around 30 days. The reason for the request is that my schedule has shifted around because of a trial, and I will need additional time to prepare my sentencing submission.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ _____
Martin Cohen
Assistant Federal Defender
(212) 417-8737

cc.:   Micah Ferguson, Esq., by ECF

---

Sentencing is adjourned to October 21, 2021 at 3:30 p.m.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  __8/17/2021__
New York, New York