# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 31, 2021

*By ECF*

**MEMO ENDORSED**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The application is __x__ granted
> ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: __08/31/2021__
> New York, New York

Re:   *United States v. Jose Urena Garcia*, 21 Cr. 383 (ER)

Dear Judge Ramos:

    I write on consent (Assistant U.S. Attorney Micah Ferguson and Pretrial Services Officer Jonathan Lettieri) to respectfully request that the Court modify Mr. Urena's bail conditions by permitting the temporary removal of his electronic monitoring bracelet at the discretion of his Pretrial Officer, Mr. Lettieri. Mr. Urena has been in treatment for an injury that preceded his arrest, and needs to have an MRI scan of his leg. (The bracelet must be removed in order to have the scan.)

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(212) 417-8737

cc.:   Micah Ferguson, Esq., by ECF
       Jonathan, Lettieri, Esq., by e-mail